IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARCELLUS H. BAKER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-2168-KHV |
| ) | |
| VIA CHRISTI REGIONAL MEDICAL ) | |
| CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case comes before the court on the *pro se* plaintiff Marcellus H. Baker, Sr.'s "Motion to Compel" (**doc. 45**). In this filing, the plaintiff asks the court to advise him as to whether he has "filed everything correctly and properly thus far." Plaintiff goes on to discuss other matters, but does not seek any relief related to these matters. While the court recognizes that plaintiff is proceeding *pro se*, the court is unable to grant the relief requested by plaintiff.

Accordingly, plaintiff's motion (doc. 45) is denied.

Copies of this order shall be served on *pro se* plaintiff and all counsel of record.

Dated this 20th day of November, 2006 at Kansas City, Kansas.

                                                   s/ James P. O'Hara
                                                   James P. O'Hara
                                                   U.S. Magistrate Judge